# EXHIBIT "C"

| From: | Amorette Rinkleib |
|---|---|
| To: | Dickinson, Josh |
| Cc: | Tony LaCroix; Heiserman, Judith; Holzhueter, Kersten |
| Subject: | RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc. |
| Date: | Tuesday, September 1, 2020 4:06:00 PM |
| Attachments: | image001.png |

Josh,

We are agreeable to extending Defendant's discovery response deadline to 9/23 (21 days).

Hoping we can get this matter resolved without the need for motion practice. I look forward to your response to our client's demand.

**Regards,**

**Amorette Rinkleib, Esq.**
**Thompson Consumer Law Group, PC**
**Direct Line: (602) 899-9189**
**Toll Free: (888) 332-7252 x189**
**Facsimile: (866) 317-2674**
**E-mail: arinkleib@thompsonconsumerlaw.com**
**Website: www.ConsumerLawInfo.com**



*Licensed in Washington and the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Colorado, the Eastern District of Michigan, the District of New Mexico, and the District of North Dakota.

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Dickinson, Josh <jdickinson@spencerfane.com>
**Sent:** Tuesday, September 1, 2020 2:29 PM
**To:** Amorette Rinkleib <ARinkleib@thompsonconsumerlaw.com>
**Cc:** Tony LaCroix <TLaCroix@lawcent.com>; Heiserman, Judith <JHeiserman@spencerfane.com>;
Holzhueter, Kersten <kholzhueter@spencerfane.com>
**Subject:** RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc.

Amorette:

I apologize for the slow response. We have been dealing with a couple TRO cases in our office that have distracted away from a few files, including this one.

I will get you our thoughts on this file, including on settlement, in the next two days.

Our responses to your discovery is due tomorrow. We need an additional 21-days to respond. And, consistent with Tony and my discussions with the Court, if we can stipulate to a relevant record on SJ, we would at least like the opportunity to discuss streamlining discovery. But, **can you advise if you are agreeable to extending discovery. Otherwise, we will get a motion on file, but we hope that will not be necessary.**

Thank you.

Best,

## Josh Dickinson
PARTNER

**Spencer Fane**
13520 California Street, Suite 290 | Omaha, NE 68154
O 402.547.5519 | spencerfane.com
jdickinson@spencerfane.com

1000 Walnut Suite 1400 | Kansas City, MO 64106
O 816.474.8100