# EXHIBIT "D"

EXHIBIT "D"

## Amorette Rinkleib

| | |
|---|---|
| **From:** | Amorette Rinkleib |
| **Sent:** | Tuesday, September 15, 2020 11:13 AM |
| **To:** | Dickinson, Josh |
| **Cc:** | Tony LaCroix; Heiserman, Judith; Holzhueter, Kersten |
| **Subject:** | RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc. |

Josh,

As a professional courtesy, we will agree to a second, one-week extension of the deadline to serve Defendant's discovery responses. By our calculations, Defendant's responses will now be due September 30. Please note that any additional extensions will be opposed.

Thanks for taking the lead in preparing a proposed stipulated statement of facts.

Regards,

Amorette Rinkleib, Esq.
Thompson Consumer Law Group, PC
Direct Line: (602) 899-9189
Toll Free: (888) 332-7252 x189
Facsimile: (866) 317-2674
E-mail: arinkleib@thompsonconsumerlaw.com
Website: www.ConsumerLawInfo.com



*Licensed in Washington and the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Colorado, the Eastern District of Michigan, the District of New Mexico, and the District of North Dakota.

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Dickinson, Josh <jdickinson@spencerfane.com>
**Sent:** Monday, September 14, 2020 12:25 PM
**To:** Amorette Rinkleib <ARinkleib@thompsonconsumerlaw.com>
**Cc:** Tony LaCroix <TLaCroix@lawcent.com>; Heiserman, Judith <JHeiserman@spencerfane.com>; Holzhueter, Kersten

<kholzhueter@spencerfane.com>
**Subject:** RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc.

Amorette/Tony:

Again, I apologize for the delays. Regarding settlement, my client has determined that it does not wish to settle this case, and instead would like to proceed to the cross motions for summary judgment that the Court scheduled to be filed November 20th.

To that end, I am preparing a proposed stipulated statement of facts for your review. As Tony and I previously discussed, there does not appear to be much in the way of factual dispute here. The claims are based upon letters, and the letters say what they say (or in this case, what they do not say). So, my hope is that we can stipulate to most, if not all, of the facts and then let the Judge decide the legal dispute between our clients. I will get that to you in the next day or so.

Regarding discovery responses, I am working on them, but the associate I was using on the file is out with a family/medical issue this week unexpectedly. Such are the times we are living in. I am lining up another attorney to assist, but **could I beg your indulgence for an additional week to respond to your discovery? Thank you.**

Best,

## Josh Dickinson
PARTNER

**Spencer Fane**
13520 California Street, Suite 290 | Omaha, NE 68154
O 402.547.5519 | spencerfane.com
jdickinson@spencerfane.com

1000 Walnut Suite 1400 | Kansas City, MO 64106
O 816.474.8100