**EXHIBIT "F"**

EXHIBIT "F"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELIZABETH SHIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 2:20-cv-02205-HLT-GEB |
| | ) |
| PROFESSIONAL BUREAU OF | ) |
| COLLECTIONS OF MARYLAND, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Defendant Professional Bureau of Collections of Maryland, Inc. ("PBCM" or "Defendant"), pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff's First Set of Requests for Admission. The following responses are based upon information presently available to Defendant which Defendant believes to be correct. Said responses are made without prejudice to Defendant's right to utilize subsequently discovered facts. Defendant reserves the right to supplement each and every specific response. The only admissions are express admissions; no incidental or implied admission of fact is made by the responses below.

### RESPONSE TO REQUEST FOR ADMISSIONS

**REQUEST NO. 1:** Plaintiff is a natural person.

**RESPONSE:** Admitted.


**REQUEST NO. 2:** Plaintiff is obligated or allegedly obligated to pay a debt.

**RESPONSE:** Admitted.


**REQUEST NO. 3:** The debt arose out of Plaintiff's student loans.

1

2

**RESPONSE:** Admitted.

**REQUEST NO. 4:** Plaintiff's debt arose out of a transaction in which the money, property, insurance, or services which were the subject of the transaction were primarily for personal, family, or household purposes.

**RESPONSE:** Defendant admits that the account at issue related to Plaintiff's student loan. Defendant has made reasonable inquiry and the information that it knows or can readily obtain is insufficient to enable it to admit or deny the remaining portions of this request.

**REQUEST NO. 5:** As of July 2, 2019, interest was accruing on Plaintiff's debt.

**RESPONSE:** Admitted.

**REQUEST NO. 6:** The $217,657.60 balance listed in Defendant's July 2, 2019 letter included interest accrued through July 2, 2019.

**RESPONSE:** Admitted.

**REQUEST NO. 7:** As of August 2, 2019, interest was accruing on Plaintiff's debt.

**RESPONSE:** Admitted.

**REQUEST NO. 8:** The $217,657.60 balance listed in Defendant's August 2, 2019 letter did not include interest accrued through August 2, 2019.

**RESPONSE:** Denied.

2

OM 569427.1

3

**REQUEST NO. 9:**   The balance of Plaintiff's debt on August 2, 2019 was not $217,657.60.

**RESPONSE:**  Denied.

**REQUEST NO. 10:**  As of August 26, 2019, interest was accruing on Plaintiff's debt.

**RESPONSE:**  Admitted.

**REQUEST NO. 11:**  The $218,727.01 balance listed in Defendant's August 26, 2019 letter included interest accrued through August 26, 2019.

**RESPONSE:**  Admitted.

**REQUEST NO. 12:**  Defendant made no errors in connection with the collection of Plaintiff's account.

**RESPONSE:**  Admitted.

**REQUEST NO. 13:**  Defendant does not maintain procedures reasonably adapted to avoid the violation(s) of the Fair Debt Collection Practices Act alleged in Plaintiff's operative complaint.

**RESPONSE:**  Denied.

**REQUEST NO. 14:**  A written contract or agreement exists that controls, directs, or otherwise relates to Defendant's performance in connection with the collection of Plaintiff's account.

**RESPONSE:** Defendant objects that the term "Defendant's performance" is vague and ambiguous. Defendant admits that it has an agreement with the Department of Education regarding the collection of accounts placed with Defendant.

                                          SPENCER FANE LLP

                                    By: <u>s/ Joshua C. Dickinson</u>
                                        Joshua C. Dickinson   KS Bar No. 20632
                                        Kersten L. Holzhueter  KS Bar No. 24885
                                        1000 Walnut, Suite 1400
                                        Kansas City, MO 64106
                                        Telephone: (816) 474-8100
                                        Facsimile: (816) 474-3216
                                        E-mail: jdickinson@spencerfane.com
                                                               kholzhueter@spencerfane.com

                                        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on Plaintiff via e-mail transmission on the 30th day of September, 2020, addressed to her attorney as follows:

Anthony E. LaCroix, tony@lacroixlawkc.com

                                                         s/ Joshua C. Dickinson