# EXHIBIT "H"

EXHIBIT "H"

01/13/2020  10:01  9136510245   Case 2:20-cv-02205-HLT-GEB   Document 1-1   Filed 04/17/20   Page 2 of 3   PAGE  10/35

P.O. Box 320006
Birmingham, AL  35222-1308

7/2/2019

Creditor: U.S. Department of Education
Creditor Account #: ████8231
Assigned Balance: $184,580.73
Account Balance: $217,657.60
Date of Notice: 7/2/2019

70C
**************AUTO**ALL FOR AADC 640
ELIZABETH A SHIELDS                T47  P1
1101 CENTRAL ST
LEAVENWORTH, KS 66048-3191

This notice regarding your account(s) with the U.S. Department of Education is from Professional Bureau of Collections of Maryland, Inc. The Department has placed your account(s) with us for collection.

| Debt ID Number | Balance | Debt Type |
|---|---|---|
| ████0844 | $217,657.60 | Federal Family Education Loan |

Notice is hereby given that the above referenced account(s) have/has been placed with us for collection. If you are represented by an attorney in regards to this/these debt(s), print his or her name, address and phone number on the stub of this letter and return it to our office.

We trust that your intention is to settle this/these long overdue debt(s), if you wish to make arrangements to pay this/these debt(s) you may contact our office at (844) 225-5501.

Our office hours are: Monday - Thursday 7:00 am - 6:00 pm, Friday 7:00 am - 5:00 pm Mountain Standard Time.

Should you need to provide correspondence, other than payment, you may do so by sending to:

Professional Bureau of Collections of Maryland, Inc. 5295 DTC Pkwy, Greenwood Village, CO 80111.

Payments may be sent to the address listed on the bottom portion of this letter.

This notice is sent by a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Mr. Erik Brechbill
Collection Manager

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this/these debt(s) or any portion thereof, this office will: Obtain verification of the debt or obtain a copy of a judgment and mail you such copy of judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Please see reverse side for additional important information

2246

DEF0001

7-2-2019

An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

Have you filed Bankruptcy  ☐ Yes  ☐ No
Case # _____ Discharge Date __/__/__
Please Note: If your current address differs from that shown above please indicate any changes below:

_____

To receive email communications, provide your address below:
_____ @ _____

| | |
|---|---|
| Creditor: | U.S. Department of Education |
| Creditor Account #: | ■■■■8231 |
| Assigned Balance: | $184,580.73 |
| Account Balance: | $217,657.60 |
| Date of Notice: | 7/2/2019 |
| Agency Phone Number: | (844)225-5501 |

ELIZABETH A SHIELDS
1101 CENTRAL ST
LEAVENWORTH, KS 66048-3191

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 790336
St. Louis, MO 63179-0336

01/13/2020  10:01  9136510245  Case 2:20-cv-02205-HLT-GEB   Document 1-2   Filed 04/17/20   Page 2 of 3   PAGE  09/35

P.O. Box 320006
Birmingham, AL  35222-1308

8/2/2019

Creditor: U.S. Department of Education
Creditor Account #: 8231
Assigned Balance: $184,580.73
Account Balance: $217,657.60
Date of Notice: 8/2/2019

70D
**************AUTO**MIXED AADC 350
ELIZABETH A SHIELDS            T66  P1
1101 CENTRAL ST
LEAVENWORTH, KS 66048-3191

## SETTLEMENT PROPOSAL

This notice regarding your account(s) with the U.S. Department of Education is from Professional Bureau of Collections of Maryland, Inc. The Department has placed your account(s) with us for collection.

| Debt ID Number | Balance | Debt Type |
|---|---|---|
| 60844 | $217,657.60 | Federal Family Education Loan |

The above referenced account(s) between ELIZABETH A SHIELDS and the U.S. Department of Education has a settlement available in the total amount of $144,772.83. The department will release liability of this account(s) once the settlement amount has been paid; and without dishonor of the payment instrument.

Payment of the settlement amount is to be presented in the office no later than 1:00 pm Mountain Standard Time. Payment due as follows:

$144,772.83 due 8/23/2019.

This offer for settlement will be void after the deadline and may not be renewed. If there are any questions concerning this account(s), contact our office at (844) 225-5501.

Our office hours are: Monday - Thursday 7:00 am - 6:00 pm, Friday 7:00 am - 5:00 pm Mountain Standard Time.

Should you need to provide correspondence, other than payment, you may do so by sending to: Professional Bureau of Collections of Maryland, Inc. 5295 DTC Pkwy, Greenwood Village, CO 80111.

Please note the following exceptions to this compromise. If your account(s) have/has been reduced by offset of any funds owed you by state or federal government, and that offset is reversed for any reason in the future, this/these debt(s) will be restored to the extent of that reversal, and you will be required to pay the amount of any reduction caused by a reversal of that offset. Additionally, if the Department is successful in offsetting any federal funds due you through the federal offset program before your payment is received, the offset will be credited to the amount owed on this compromise settlement of your account(s). Should any such offset result in an overpayment of the agreed upon settlement listed above, the Department will refund the overpaid portion directly to you.

This notice is sent by a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Mr. Erik Brechbill
Collection Manager

Please see reverse side for additional important information

12448

DEF0003

B-2-20 19

An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

---

SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

| | |
|---|---|
| Have you filed Bankruptcy ☐ Yes ☐ No | Creditor: U.S. Department of Education |
| Case # _____ Discharge Date __/__/__ | Creditor Account #: ████5231 |
| Please Note: If your current address differs from that shown above please indicate any changes below: | Assigned Balance: $184,580.73 |
| | Account Balance: $217,657.60 |
| | Date of Notice: 8/2/2019 |
| | Agency Phone Number: (844)225-5501 |

To receive email communications, provide your address below:
_____ @ _____

ELIZABETH A SHIELDS
1101 CENTRAL ST
LEAVENWORTH, KS 66048-3191

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 790338

DEF0004

P.O. Box 320006
Birmingham, AL 35222-1308

8/26/2019

70T
**************AUTO**ALL FOR AADC 640
ELIZABETH A SHIELDS         T81  P2
1101 CENTRAL ST
LEAVENWORTH, KS 66048-3191

Creditor: U.S. Department of Education
Creditor Account #: ▮▮▮▮8231
Assigned Balance: $184,580.73
Account Balance: $218,727.01
Date of Notice: 8/26/2019

## REPAYMENT OPTIONS

This notice regarding your account(s) with the U.S. Department of Education is from Professional Bureau of Collections of Maryland, Inc. The Department has placed your account(s) with us for collection.

| Debt ID Number | Balance | Debt Type |
|---|---|---|
| ▮▮▮▮0844 | $213,727.01 | Federal Family Education Loan |

We have made several attempts to reach you in an effort to resolve your defaulted student loan(s). This notice is to inform you of the following options available to you to help you resolve this matter:

1. You may pay a lump sum settlement in the amount of $145,226.27, and the defaulted loan(s) will be considered settled in full. Payment of the settlement amount is to be presented in the office no later than 1:00 PM Mountain Standard Time. Payment due as follows: $145,226.27 due 9/16/2019.

2. If you are unable to take advantage of a settlement offer, you may start a repayment plan in the amount of $911.36 monthly.

If you are unable to complete one of the two above referenced repayment options please contact us to discuss other potential routes to resolve this such as rehabilitation.

Failure to respond to this notice in a timely fashion may result in your loans becoming eligible for Administrative Wage Garnishment.

We trust that your intention is to settle this/these long overdue debt(s), if you wish to make arrangements to pay this/these debt(s) you may contact our office at (844) 225-5501.

Our office hours are: Monday - Thursday 7:00 am - 6:00 pm, Friday 7:00 am - 5:00 pm Mountain Standard Time.

Should you need to provide correspondence, other than payment, you may do so by sending to: Professional Bureau of Collections of Maryland, Inc. 5295 DTC Pkwy, Greenwood Village, CO 80111.

This notice is sent by a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Mr. Erik Brechbill
Collection Manager

Please see reverse side for additional important information

12317

DEF0005

8-26-2019

An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

---

SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT.

| | |
|---|---|
| Have you filed Bankruptcy ☐ Yes ☐ No<br>Case # _____ Discharge Date __/__/__<br>Please Note: If your current address differs from that shown above please indicate any changes below:<br>_____<br>_____<br>To receive email communications, provide your address below:<br>_____@_____ | Creditor: U.S. Department of Education<br>Creditor Account #: ████8231<br>Assigned Balance: $184,580.73<br>Account Balance: $218,727.01<br>Date of Notice: 8/26/2019<br>Agency Phone Number: (844)225-5501<br><br>ELIZABETH A SHIELDS<br>1101 CENTRAL ST<br>LEAVENWORTH, KS 66048-3191 |

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 790336

DEF0006

2/24/2020

70W
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 350
ELIZABETH SHIELDS
1101 Central St
Leavenworth, KS 66048-3191

Creditor: U.S. Department of Education
Creditor Account Number: ████8231
Assigned Balance: $184,580.73
Account Balance: $223,452.27
Date of Notice: 2/24/2020

| Debt ID Number | Balance | Debt Type |
|---|---|---|
| ████0844 | $223,452.27 | Federal Family Education Loan |

RE: NOTICE OF INTENT TO GARNISH

Your request for a hearing has been received. This notice is in response to your objection(s) to the Notice of Intent to Garnish that you were just sent by the Department of Education. We have been requested by the Department to obtain the information described here for you in order to expedite your hearing.

This Notice of Intent to Garnish explained that you are responsible for providing evidence to support any objection(s) you make to garnishment, including, for loan obligations, completed application(s) to support any claims that you qualify for loan discharge relief. The Notice also explained that, with some exceptions, the Department would consider only evidence or applications that you submitted with your Request for Hearing. You have provided no evidence or application to support the objection(s) or claim for discharge relief that you raised in your Request for Hearing.

The Department extends until 3/5/2020 deadline for submitting evidence or application(s) for loan discharge relief that you wish considered in the hearing. After that date we must forward your Request for Hearing and any material we have received from you by that date to the Department's Administrative Wage Garnishment Hearing Branch. Education will conduct the hearing you requested on your objections, based on that material and the Department's own records regarding your debt. Unless you submit material to support objections or claim for loan discharge relief, the Department advises that it may find that your claim or objection(s) are not substantiated, and that the debt is fully enforceable by garnishment at this time. If you have any evidence or application to support your objection(s) or claim for relief that you want the Department to consider, please forward that material promptly to the following address:

**U.S. DEPARTMENT OF EDUCATION**
**PO BOX 5609**
**GREENVILLE, TX 75403-5609**
**Fax Number: 303-488-2505**

You may contact the Department's Customer Service Number at **1-800-621-3115** to request the appropriate financial disclosure form or discharge application or go to the Department's website at: **https://myeddebt.ed.gov**, select Forms, and then download the appropriate application or form to present your objection. You may also complete and return the enclosed form(s) for other objections. If you filed bankruptcy over ten (10) years ago, please provide the case number, date of filing, location filed, and a copy of the Notice of Discharge.

If you move before you receive a response, please provide a change of address and telephone number where we may contact you. If you have further questions, you may contact your Contract Service Representative at 1-844-255-5501.

Professional Bureau of Collections of Maryland, Inc., 5295 DTC Parkway, Greenwood Village, CO 80111. Our office hours are: Monday - Thursday 7:00 AM - 6:00 PM, Friday 7:00 AM - 5:00 PM Mountain Time. Our office phone number is (844) 225-5501.

This notice is sent by a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Erik Brechbill
Collection Manager

Please see following pages for additional important information.

**The evidence checked off below is requested:**

**Financial Hardship Documentation:**

_____ Completed Financial Disclosure Statement

__X___ Your two (2) most recent pay stubs

__X___ Two most recent spousal pay stubs

_____ Other household member's income

    Proof of all listed expenses:

    ___X____ Rental / mortgage agreement

    ___X____ Utilities (Copy of bills showing monthly amount due)  **RENTER'S INSURANCE, ELECTRIC, GAS, WATER/SEWER, TELEPHONE**

    ___X____ Transportation Expenses (1ST & 2ND **Car payments**, public transportation, gas, **insurance**, etc.)

    _____ Other stated monthly expense: _____

_____ Proof of childcare expenses (see attached form)

__X___ Last years completed 1040 tax return **BORROWER & SPOUSE**

__X___ Proof of medical expenses

_____ Proof of binding voluntary agreements to pay obligations for taxes or family support

__X___ W2 **BORROWER & SPOUSE**

Note: If any proof does not show the monthly amount paid, you must state the monthly amount you are paying per month. You should also provide the date you expect the amount to be paid off.

**Completed Discharge Application for:**

_____ Closed school discharge application

_____ Unauthorized signature discharge application

_____ Two (2) copies of original signatures made within one year of the date of the promissory note was signed or three (3) other specimens of original signatures.

_____ Ability to Benefit discharge application

_____ Unpaid refund application

_____ Total and permanent disability application

_____ Proof of bankruptcy filing and discharge

Note: Any discharge application and / or financial statements can be downloaded on the following website: https://www.myeddebt.ed.gov

**Balance dispute information:**

_____ Evidence to support balance dispute

_____ Proof of missing credits

_____ Proof of payment in full

_____ Proof of repayment agreement

_____ Documentation supporting reduction of balance

**Miscellaneous information:**

Please see following page for additional important information.

_____ Proof of involuntary termination

_____ Proof of date started at current employer

_____ Proof of temporary unemployment

_____ Copy of driver's license

_____ Copy of social security card

_____ Copy of birth certificate

_____ Other documents: _____

An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

2/24/2020

| | |
|---|---|
| Creditor: | U.S. Department of Education |
| Creditor Account Number: | ▆▆▆▆8231 |
| Assigned Balance: | $184,580.73 |
| Account Balance: | $223,452.27 |
| Date of Notice: | 2/24/2020 |

70P
*******************AUTO**MIXED AADC 350
ELIZABETH SHIELDS
1101 Central St
Leavenworth, KS 66048-3191

## Validation of Debt Letter

This is notice regarding your account(s) with the U.S. Department of Education is from Professional Bureau of Collections of Maryland, Inc. The Department has placed your account(s) with us for collection.

| Account Number | Balance | Debt Type |
|---|---|---|
| ▆▆▆▆▆▆▆▆0844 | $223,452.27 | Federal Family Education Loan |

Enclosed is the requested information on your account.

If there are any questions concerning this account, contact our office at (844) 225-5501.

Our office hours are: Monday - Thursday 7:00 AM - 6:00 PM, Friday 7:00 AM - 5:00 PM Mountain Time.

Should you need to provide correspondence, other than payment, you may do so by sending to: Professional Bureau of Collections of Maryland, Inc., 5295 DTC Parkway, Greenwood Village, CO 80111.

This notice is sent by a professional debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Sincerely,


Mr. Erik Brechbill
Collection Manager


An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Have you filed Bankruptcy ☐ Yes ☐ No
Case # _____ Discharge Date __/__/__
Please Note: If your current address differs from that shown above, please indicate any changes below:
_____
To receive email communications, provide your address below:
_____@_____

| | |
|---|---|
| Creditor: | U.S. Department of Education |
| Creditor Account Number: | ▆▆▆▆8231 |
| Assigned Balance: | $184,580.73 |
| Account Balance: | $223,452.27 |
| Date of Notice: | 2/24/2020 |
| Agency Phone Number: | (844) 225-5501 |

ELIZABETH SHIELDS
1101 Central St
Leavenworth, KS 66048-3191

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 790336
ST. LOUIS, MO 63179-0336

DEF0010





491716837   002578   **********AUTO**MIXED AADC 200
ELIZABETH A SHIELDS
1101 CENTRAL ST
LEAVENWORTH KS 66048-3191

December 23, 2019

ACCOUNT #: ████8231

## NOTICE OF PROPOSED WAGE GARNISHMENT
## DUE TO DEBT OWED TO U.S. GOVERNMENT

The U.S. Department of Education (Department) intends to order your employer to withhold 15% of your disposable pay to satisfy your defaulted loan or grant obligation(s). Disposable pay is pay less health insurance premiums and amounts required by law to be withheld (e.g., Social Security, Federal and state taxes).  The legal basis for this action is Section 31001(o) of the Debt Collection Improvement Act of 1996 (DCIA), pub. L.104-134,110 stat. 1321-358 (Apr. 26, 1996): codified at 31 U.S.C. 3720d. The balance on the debt(s) is $222,159.04. This includes, for loan debts, the principal loaned and any capitalized interest; for grant debts, the amount of overpayment; for all debts, accrued interest and fees, less any payments, refunds, or offsets received.  We apply any payments we recover first to defray our collection costs (up to 25% of the amount of unpaid principal and interest), next to interest; last to principal.  This notice explains your right to object to this action; read this entire notice for an explanation of your rights and how to use them.



If you do not timely exercise your rights in the way described below or you do not make a Repayment Agreement or you later fail to make the payments required by such agreement, the Department will order your employer to withhold and send to the Department 15% of your disposable pay each pay period until the balance, with accruing interest and collection costs we incur, is paid in full (NOTE: the amount actually withheld to pay this debt may be less than 15% of disposable pay, depending on your income and other claims against you.)

You have the following rights regarding this action: you have the right to inspect and copy the Department records relating to your debt.  Request Department records through the customer service number below (a request for records will not delay garnishment action unless you have also timely objected to garnishment in the manner specified in this notice).

You have the right to object to the proposed garnishment and to a hearing on your objection.

1. You may object for reasons concerning the existence, amount, and enforceability of the debt.
2. You may also object that having amounts equal to 15% of your disposable pay withheld, from your disposable pay or making voluntary payments in that amount would cause financial hardship for you and your dependents.

You must make a hearing request in writing, and send it to the Department at the address on the enclosed Request for Hearing (RFH) form. If your request is postmarked or received by us within 30 calendar days of the date of this notice we will not garnish until we complete the requested hearing and determine that

garnishment is justified. If your Request for Hearing is postmarked (if mailed) or received (if not mailed) after that date, we will still conduct a hearing but we will not delay this garnishment unless you demonstrate to us that the delay was caused by factors over which you had no control. If we find that the debt is not owed as stated or not enforceable at this time, we will refund payments as needed.

Make your objection by checking the appropriate area on the RFH form. You may request that your hearing be conducted as an oral hearing or as a written record hearing; however, if your request for an oral hearing does not contain an explanation sufficient to show that an oral hearing is necessary, we may provide a written records hearing rather than an oral hearing. Any hearing will include a review of your written statements in the RFH, any records you submit with the RFH, and relevant records the Department holds on your debt.

In or with your Request for Hearing you must present all your objections and submit the evidence that supports them. However, you may submit your objections and evidence later if—

- You request an oral hearing, or
- You timely request a written hearing and also request access to your debt records, or
- You request, and we agree to, an extension for submitting objections and evidence.

In our response to your request(s), we will explain the deadline that applies to your situation; that deadline will be at least 7 business days after our response.

Compliance with a Repayment Agreement will prevent garnishment. To do so, you must agree to repay this debt in monthly installments equal either to 15% of your disposable pay per month or the amount we agree is reasonable based on your financial circumstances. You must also sign and return the Repayment Agreement, and make the first payment under the agreement, within deadlines that will be explained when you contact us to arrange repayment. If both actions are not taken within these deadlines, the process will continue, including the provision of any hearing you may have requested, unless you have already withdrawn that request. If you want to repay but believe you cannot afford payments equal to 15% of your disposable pay, contact customer service at:

       Professional Bureau of Collections of Maryland
       844-225-5501

Repayment under a satisfactory Repayment Agreement can restore eligibility for Federal aid and restore deferment and other benefits previously available on loans. For information, contact customer service. We will cancel garnishment action if we receive payment in full at

       U.S. DEPARTMENT OF EDUCATION
       NATIONAL PAYMENT CENTER
       P.O. BOX 790336
       ST. LOUIS, MO 63179-0336

Make all payment instruments payable to the "U.S. Department of Education" and include your name and account number on the face of the payment instrument.

We will not garnish now if you prove that you have been employed at your current employer for less than 12 months and were involuntarily separated from your most recent previous employment. To object on this ground, check that box on the RFH and provide proof described there.

Your employer may not discharge you from employment nor take disciplinary action against you, as a result of an order for withholding nor can a prospective employer refuse to employ you as a result of this proposed action or existence of an order for withholding. If an employer takes any of these actions, you may sue that employer in a state or Federal Court for reinstatement, back pay, attorney's fees, and punitive damages.

Our determination on your objections affects only the debt(s) described in this notice of garnishment, and is totally separate from any Notice of Proposed Federal Payment Offset or Garnishment which you may have received from a guaranty agency. If you received a notice of collection action from a guaranty agency, you must present any objections to collection action to that agency. Individual debt information is listed below.

| Debt Type | Date | School | Amount | Lender |
|---|---|---|---|---|
| FFEL | 06/27/2000 | FFEL CONSOLIDATION LOAN SCHOOL | $62,762.83 | SLMA/LOAN SERVICING CENTER/KAN |



NOTE: The lender shown submitted the default claim on the FISL, Direct, or FFEL, but may not be the lender that made the loan. If Perkins or POVR (grant claim), the school listed made the loan or grant. The school is the most recent one you attended. If no school is named, request documents from the customer service contact listed above.

CUSTOMER SERVICE NUMBER:   844-225-5501

ENCLOSURES:   Request for Hearing Form (RFH)
Financial Disclosure Form



USA FUNDS, INC.
C/O SALLIE MAE, INC.
P.O. BOX 6108
INDIANAPOLIS IN 46206-6108

### IDEMNIFICATION AGREEMENT FOR THE ASSIGNMENT OF FEDERAL FAMILY EDUCATION LOAN WITH DAMAGED PROMISSORY NOTE OR PROMISSORY NOTE WITH UNINITIALED ALTERATIONS

Borrower's Current Name: __CASAGRANDE ELIZABETH A__
                          Last                        First      MI

Borrower's Previous Name: _____
                          (Last, First, Middle)

Borrower's Correct SSN:   ▊▊▊▊-8861

First Disbursement Date:  06/27/2000

Last Disbursement Date:   06/27/2000

Disbursement Amount:      $62,762.83

In assigning Stafford Student Loans/Supplemental Loans for Students/Parent (PLUS) Loans/Consolidated Loans to the Secretary of Education (hereinafter "the Secretary"), United Student Aid Funds, Inc. (hereinafter "Guaranty Agency") agrees that if any loan assigned to the Secretary by the Guaranty Agency without an original promissory note or certified true copy in good condition should become uncollectable by reason of such damaged promissory note or because it contains alterations without the borrower's initials, or if the Secretary, in his sole discretion, determines that the loan cannot be enforced because of the damaged or altered promissory note, the Secretary is entitled to recover from the Guaranty Agency the amount of reinsurance attributable to such loan previously paid to the Guaranty Agency, plus interest from the date the reinsurance was paid. The Secretary may recover amounts due under this agreement by withholding such amounts from any payments due to the Guaranty Agency from the Department of Education.

The Guaranty Agency also agrees that the assignment of any loan covered by this Agreement includes the assignment to the Secretary of any rights held by the Guaranty Agency under any indemnification agreement or warranty executed by the lender in favor of the Guaranty Agency (lender indemnification agreement). In the event the Secretary recovers from the Guaranty Agency the amount paid in reinsurance for a loan covered by the agreement, the Secretary will release to the Guaranty Agency his rights in the applicable lender indemnification agreement.

03/14/2011                    _Douglas E. St. Peters_ DG
DATE                          Signature of Guaranty Agency Official
                              Douglas E. St. Peters
                              Vice President Portfolio Management
                              As authorized agent for
                              United Student Aid Funds, Inc.

DSUAUS

DEF0014

# The SMART LOAN® Account

**SallieMae**
SMART LOAN Consolidation Center
P.O. Box 5600
Wilkes-Barre, PA 18773

## Application/Promissory Note
(Incomplete information can result in processing delays.)

### Section IA: Personal Information (Applicant)

1. LAST NAME: CASAGRANDE  FIRST NAME: ELIZABETH  MIDDLE INITIAL: A
2. PRIOR NAME: FUGATE
3. NUMBER AND STREET: 411 GRANDVIEW AVENUE
   SOCIAL SECURITY NUMBER: ███-██-8861
4. CITY: CHILLICOTHE  STATE: MO  ZIP: 64601
   DATE OF BIRTH: ██/██/70
5. DAYTIME TELEPHONE: 660 646-1829   FACSIMILE (FAX – optional):
6. EVENING TELEPHONE: 660 1046-1829
   GRADUATION DATE: 12-18-99
7. DRIVER'S LICENSE NUMBER AND STATE: MO ████████023

8. My Employer Is: PUBLIC DEFENDER
   COMPANY NAME: STATE OF MISSOURI
   NUMBER AND STREET: 500 YOUSSEF DRIVE
   CITY: CHILLICOTHE  STATE: MO  ZIP: 64601

9. Name and Address of a Relative Who Does Not Live With Me:
   LAST NAME: CASAGRANDE  FIRST NAME: PETER  MIDDLE INITIAL:
   NUMBER AND STREET: 1030 EAST 2100 RD
   CITY: EUDORA  STATE: KS  ZIP: 66025
   TELEPHONE: 785-542-5230

10. Name and Address of a Non-Relative:
    LAST NAME: ELLIOTT  FIRST NAME: AMY  MIDDLE INITIAL: B E
    NUMBER AND STREET: 222 CIRCLE DRIVE
    CITY: TOPEKA  STATE: KS  ZIP: 66606
    TELEPHONE: 785 357-7125

### Section IB: Personal Information (Spouse) *Complete only if a spouse is jointly consolidating his/her student loans.*

11. LAST NAME: ___ FIRST NAME: ___ MIDDLE INITIAL: ___
12. PRIOR NAME:
13. SOCIAL SECURITY NUMBER:
14. DATE OF BIRTH (MONTH/DAY/YEAR):
15. DAYTIME TELEPHONE:   FACSIMILE (FAX – optional):
16. GRADUATION DATE:
17. DRIVER'S LICENSE NUMBER AND STATE:

18. My Employer Is: COMPANY NAME: ___ NUMBER AND STREET: ___ CITY: ___ STATE: ___ ZIP: ___

### Section II: Student Loan Information

| 19. NAME AND ADDRESS OF LOAN HOLDER/SERVICER | 20. GRACE END DATE (Only mark if in grace period of grace) | 21. TO BE CONSOLIDATED Yes / No | 22. TYPE OF LOAN (Stafford/GSLetc) | 23. INTEREST RATE | 24. DATE OF DISBURSEMENT MONTH/DAY/YEAR | 25. ACCOUNT NUMBER | 26. EST. CURRENT OUTSTANDING BALANCE | 27. BORROWER B=SPOUSE J=JOINT |
|---|---|---|---|---|---|---|---|---|
| 1. SALLIE MAE | | ✓ | GS | 7.72 | 1/3/95 | ████8861 | $2833 | B |
| 2. SALLIE MAE | | ✓ | GS | 7.72 | 1/3/95 | ████8861 | 5861 | B |
| 3. SALLIE MAE | | ✓ | GS | 7.72 | 8/1/97 | ████8861 | 8468 | B |
| 4. SALLIE MAE | | ✓ | GS | 7.72 | 8/1/97 | ████8861 | 5996 | B |
| 5. SALLIE MAE | | ✓ | GS | 7.72 | 1/26/98 | ████8861 | 2770 | B |
| 6. SALLIE MAE | | ✓ | GS | 7.72 | 4/22/98 | ████8861 | 1204 | B |
| 7. SALLIE MAE | | ✓ | GS | 6.92 | 8/10/98 | ████8861 | 8500 | B |
| 8. SALLIE MAE | | ✓ | GS | 6.92 | 8/10/98 | ████8861 | 9140 | B |

To Sallie Mae: By means of this application, I am applying to have my loans consolidated into a SMART LOAN Account at Sallie Mae, as allowed under Section 428C of the Higher Education Act of 1965, as amended ("The Act"). If Sallie Mae accepts this application, it is my understanding that Sallie Mae will advance funds on my behalf to holders of the eligible loans named above which I herein select for consolidation in my SMART LOAN Account. The funds to be advanced by Sallie Mae will be disbursed to the holders of the loans designated above in order to pay off those loans. If the amount Sallie Mae advances to my loan holders exceeds the amount needed to pay off my balance, I understand that the holder will refund the excess to Sallie Mae for application against the outstanding balance of my SMART LOAN Account. If the amount that Sallie Mae advances to my loan holders is less than the amount needed to pay off my balance, I agree to pay off the remaining balance or take such actions as Sallie Mae deems appropriate to authorize Sallie Mae to include the remaining amount to my SMART LOAN Account.

### Section III: Repayment Options (Please choose one)

28.
- ☐ MAX-2 OPTION with two years of interest-only payments
- ☐ MAX-4 OPTION with four years of interest-only payments
- ☐ LEVEL PAYMENT PLAN
- ☒ INCOME SENSITIVE REPAYMENT

### Section IV: General Information *Please read and sign in all appropriate places indicated.*

29. PROMISE TO PAY
I, the undersigned borrower, promise to pay to the Student Loan Marketing Association (Sallie Mae), or a subsequent holder of this promissory note, at such address as is designated by Sallie Mae, or a subsequent holder of this promissory note, each loan amount as is advanced on my behalf, to pay simple interest on the unpaid principal balance thereof at the rate described on the reverse side hereof, all in accordance with the repayment schedule to be forwarded to me, and to pay all late charges, reasonable attorney's fees, and other costs permitted by law and incurred by Sallie Mae, or a subsequent holder of this promissory note, in the collection of any amount not paid when due. I understand that the amount of my loan will be based on the pay-off balances of loans selected for consolidation as provided by the holders of such loans and may exceed my estimate of such pay-off balances. My signature below certifies that I have read, understood and agreed to the conditions and authorizations stated in the terms herein and on the reverse side hereof and have retained a copy of this application/promissory note.

If I am applying for consolidation with my spouse, I confirm that my spouse and I are legally married and that we each understand and agree that each of us is and will continue to be liable for the entire amount of the debt represented by this consolidation loan without regard to the amount of our respective loan obligations being consolidated and without regard to any subsequent change in our marital status. We each understand that this means either of us may be required to pay the entire amount due if my spouse is unable or refuses to pay. If applying for a loan with my spouse, I the borrower, understand that the Federal Consolidation Loan I am applying for will be canceled only if both my spouse and I die or become totally and permanently disabled. I further understand that I may postpone repayment of the loan if I provide the holder of the loan with a written request that confirms Federal Consolidation Loan program deferment or forbearance eligibility for both my spouse and me.

APPLICANT(S) CERTIFICATION
By my signature, I certify that all of the loans selected for consolidation have been made to me to finance my education. I also certify that I have no consolidation loan application pending with another lender. If all my loans are with one FFELP holder, and that holder is not Sallie Mae, I may consolidate with Sallie Mae if my holder is unable to provide me with a consolidation loan with an income-sensitive repayment schedule that is satisfactory to me. If my FFELP loans are with multiple holders or I have no FFELP loans, Sallie Mae may consolidate my loans. I further certify that I do not owe a refund on any Federal Pell Grant or Supplemental Educational Opportunity Grant, and that if I am selecting for consolidation a loan that is in default, I have made satisfactory repayment arrangements before submitting this application.

I certify that the above information is true and correct. I have read the material and understand my rights and responsibilities under the loan consolidation program.
This application/promissory note will be governed by federal law applicable to consolidation loans.

COMBINED PAYMENT PLAN AUTHORIZATION
If I have HEAL loans serviced by Sallie Mae, I authorize Sallie Mae to establish a Combined Payment Plan on my behalf.

CRIMINAL PENALTIES
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment under the United States Criminal Code and Section 490 of the Act.

**THIS IS A LOAN THAT MUST BE REPAID.**

30a. APPLICANT SIGNATURE: /s/ Elizabeth Casagrande   DATE: 6-13-00
30b. SPOUSE SIGNATURE (IF JOINTLY CONSOLIDATING): ___   DATE: ___

SLMA N 12/98

PERMISSION TO VERIFY LOAN BALANCES
To Whom It May Concern: I hereby authorize you to release to Sallie Mae, for purposes of verifying student loan information in order that I may consolidate my student loans into a consolidation loan or enter into a combined payment plan pursuant to Section 428C of the Higher Education Act of 1965, as amended, any information concerning my student loans that Sallie Mae requests in connection with such loan consolidation or combined payment plan. This information is for the use of Sallie Mae in consolidating my student loans. A copy of this authorization may be deemed to be an original.
Your prompt reply and cooperation will help to expedite my loan consolidation. Thank you.

31a. APPLICANT SIGNATURE: /s/ Elizabeth Casagrande   DATE: 6-13-00   SSN: ███-██-8861
31b. SPOUSE SIGNATURE (IF JOINTLY CONSOLIDATING): ___   DATE: ___   SSN: ___

**SALLIE MAE COPY** (Return to Sallie Mae)

Poor Source Original Document Retained

◊ Remove this copy along perforated line and return to Sallie Mae ◊

DEF0015

Loan Consolidation Center
P.O. Box 5600
Wilkes-Barre, PA 18773

# Supplemental Loan Listing Sheet
Application/Promissory Note
(Use this form only to list additional applicant and/or spouse loans to be included in your consolidation loan or considered for extending your repayment term. If you use this form, you must return it with your completed Application/Promissory Note. Please print neatly or type. Follow Application/Promissory Note Instructions.)

## Section IA:
Personal Information (Applicant)

BORROWER NAME: ELIZABETH A. CASAGRANDE

SOCIAL SECURITY NUMBER: -8861-1

## Section IB:
Personal Information (Spouse) (Do not complete unless you are consolidating with your spouse.)

SPOUSE NAME:

SOCIAL SECURITY NUMBER:

*Poor Source Original Document Retained*

## Section II:
Supplemental Listing of Education Loans
(See Section II on the Application/Promissory Note Instructions for information on the loans you should list. Loans already listed on your Application/Promissory Note should not be listed again.)

| NAME AND ADDRESS OF LOAN HOLDER/SERVICER | 20. GRACE END DATE (Only mark if in early part of grace) | 21. TO BE CONSOLIDATED Yes / No | 22. TYPE OF LOAN (Stafford/GSL, etc.) | 23. INTEREST RATE | 24. DATE OF DISBURSEMENT MONTH/DAY/YEAR | 25. ACCOUNT NUMBER | 26. EST CURRENT OUTSTANDING BALANCE | 27. B=BORROWER S=SPOUSE J=JOINT |
|---|---|---|---|---|---|---|---|---|
| 9. SALLIE MAE | | X | GS | 6.92 | 6/3/99 | 8861 | 852 | B |
| 10. SALLIE MAE | | X | GS | 6.92 | 8/31/99 | | 1500 | B |
| 11. SALLIE MAE | | X | GS | 6.92 | 8/31/99 | 8861 | 8500 | B |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |

APPLICANT'S SIGNATURE X *Elizabeth Casagrande*    DATE 6-13-00

SPOUSE'S SIGNATURE (if applicable) X    DATE

INSTRUCTIONS: If you used this form to list additional education loans that you wish to be consolidated or taken into consideration in calculating your maximum repayment period, please include it with your application. Please keep a copy of this form, along with the Applicant Copy of the Application/Promissory Note, for your files.

DEF0016

## STATEMENT OF RIGHTS AND RESPONSIBILITIES

**Change of Status** I agree to notify Sallie Mae promptly concerning any change of my address, name, employer, employer's address or daytime telephone or any change that would affect my loan status.

**Evidence of Loan** This application/promissory note is evidence of a consolidation loan made pursuant to Section 428C of the Higher Education Act of 1965, as amended (the Act).

**Security and Endorsement; Waiver of Defenses** This loan is made without security and without endorsement, except that if I am a minor and this application/promissory note would not, under applicable law create a binding legal obligation, endorsement may be required. I understand that, by accepting a consolidation loan, I undertake a new obligation, which is not subject to any defenses I might have with respect to the loans selected for consolidation. A delay or failure to enforce my obligations under this Note shall not constitute a waiver of the lender's or other holder's rights to enforce such obligations in the future. No provisions of this Note can be waived or modified except in writing.

**Interest**

1. The interest rate on my SMART LOAN Account will be the weighted average interest rate per annum of all the loans consolidated, rounded up to the next whole percent. This loan will bear daily simple interest at an annual rate which is fixed for the term of the loan. If any of my fixed rate Federal SLS/ALAS or Federal PLUS loans are to be consolidated, they will first be referenced at the rate specified in Section 427A(c)(4) of the Act, if that rate is lower than my current fixed rate on such Federal SLS/ALAS or Federal PLUS loans, and then be immediately consolidated in the SMART LOAN Account. I will not receive any separate documentation evidencing refinanced loans.

   If my SMART LOAN Account includes only subsidized Federal Stafford Loans, subsidized Federal Consolidation Loans or Federally Insured Student Loans, the SMART LOAN Account will be subsidized which means the federal government will pay interest that accrues on my SMART LOAN Account during authorized deferment periods. If my SMART LOAN Account is not subsidized, I will be responsible for paying all the interest during authorized deferment periods, even if my SMART LOAN Account includes one or more subsidized Federal Stafford Loans.

2. I will pay all interest that accrues on this loan commencing on the date of the disbursement.

3. Sallie Mae may add interest that is not paid when due and interest that accrues during authorized deferment and forbearance periods to the unpaid principal balance of this loan no more frequently than annually and, in the case of deferment or forbearance, at the beginning of the recommencement of the repayment period.

**Grace Period and Repayment; Principal** My first payment will be due within sixty days of the date of disbursement of my SMART LOAN Account unless I am eligible for deferment as described below. The repayment schedule to be furnished to me will establish repayment terms, including the length of the repayment period, based on information I have furnished on this application/promissory note. The minimum installment payment is equal to not less than the accrued unpaid interest. By consolidating the selected loans, I forego the remainder of my grace periods on such loans. Sallie Mae may adjust my repayment schedule if it determines that any of the loans listed herein are not eligible, or do not qualify as "other student loans" for the purpose of determining the repayment period.

My repayment period will be up to 30 years in length, depending on the amount of my student loan indebtedness, and any period for which Sallie Mae has granted a deferment or forbearance will not be included in determining the repayment period.

**Deferment** If I am consolidating all of my Federal Family Education Loans, deferments are available for the following situations:
- Enrollment at least half-time in a course of study at an eligible school.
- Pursuing a graduate fellowship program or a rehabilitation training program for individuals with disabilities, provided the program is approved by the Department of Education.
- Up to three years, if I am seeking and unable to find full-time employment.
- Up to three years, for any reason Sallie Mae determines (in accordance with regulations) has caused or will cause me to have an economic hardship.

Any period of authorized deferment shall not be included in determining the repayment period. To be granted a deferment, I must provide Sallie Mae with written evidence of my eligibility. I must subsequently notify the lender as soon as the condition for which the deferment was granted no longer exists. I understand that, by consolidating the selected loans, I forego certain deferments allowable for such loans.

If I do not consolidate all of my Federal Family Education Loan Program (FFELP) loans, and they were first disbursed before July 1, 1993, the deferment options available to me for this consolidation loan are governed by the deferment provisions which were in effect at the time I received my oldest outstanding unconsolidated FFELP loan. I understand that my servicer can provide me with this information.

If I consolidate my loans jointly with my spouse, we both must simultaneously qualify for a deferment in order to postpone repayment on the loan. The maximum periods authorized for deferment on Federal Consolidation Loans are determined by the Act.

**Prepayments** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time.

Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense, in accordance with Section 902 of the Department of Defense Authorization Act 1981 (10 U.S.C. 2141, note). I understand that questions concerning such circumstances should be addressed to my local service recruiter. Those circumstances are part of a recruiting program and do not pertain to prior service individuals or those not eligible for enlistment in the Armed Forces.

**Forbearance** If I am unable to make my scheduled payments for reasons of hardship, I may be eligible for forbearance. I understand that during a forbearance, interest charges continue to accrue. If my spouse and I are consolidating, we must both meet forbearance eligibility criteria.

**Credit Bureau Notification** Information concerning the amount of this loan and its repayment will be reported to one or more credit bureau organizations. My default on this loan, Sallie Mae and the guarantor will also report the default to credit bureau organizations. This may significantly and adversely affect my ability to obtain other credit. Sallie Mae or the guarantor must notify me at least 30 days in advance that information about the default will be disclosed to credit bureau organizations unless I enter into repayment on the loan within the 30 days. Upon my request, Sallie Mae must provide information on the repayment status of this loan to a credit bureau organization and must provide a timely response to any request from that organization for a response to objections I might raise about the accuracy and completeness of information reported about me.

**Default** "Default" means my failure to make an installment payment when due, or to meet other terms of the promissory note under circumstances where the guarantor finds it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that this failure persists for 180 days.

If I am in default on this loan —

2. Sallie Mae or the guarantor may disclose to schools I have attended (or am currently attending) information about the default;

2. I will be ineligible to receive assistance from any of the following Federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Incentive Grant, Byrd Scholarships, Federal Perkins Loans, William D. Ford Federal Direct Loan Program, Federal Stafford loans (subsidized and unsubsidized), Federal PLUS loans; and

3. I will be ineligible for the benefits described under DEFERMENT in the promissory note.

**Acceleration** At the option of the lender or other holder of this Note, the entire unpaid balance and accrued interest shall become immediately due and payable upon the occurrence of any of the following events: 1) I make or have made a false material statement in connection with my application for this loan; 2) I fail to make payments and federal regulations require the lender to make a final demand for payment; or 3) I default.

**Late Charge** Sallie Mae may collect from me a late charge if I fail to pay all or part of a required installment payment within 10 days after it is due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under DEFERMENT in the promissory note. A late charge may not exceed 6 cents for each dollar of each late installment.

**Cancellation** If I become totally and permanently disabled, or I die, any obligations to pay any amount owed on this loan will be canceled. If I am applying jointly with my spouse, both of us must have a cancelable condition for the loan to be discharged. I understand that, by consolidating my Federal Perkins/NDSL and HPSL/LDS loans, I forego cancellations that may otherwise be allowable only for such loans.

**Eligibility for Additional Consolidation Loans; Effect on Limitations of Indebtedness** I understand that my status as an eligible borrower under this loan consolidation program under Section 428C of the Act may terminate upon my receipt of this loan, except with respect to loans eligible for consolidation received after the date of receipt of this loan.

The outstanding balance on my consolidation loan, to the extent related to the discharge of the Federal Stafford/GSL, Federal SLS/ALAS, Federal PLUS and Federal Perkins/NDSL loans I have selected for consolidation, shall be counted against the applicable limitation on aggregate indebtedness of the Federal Stafford/GSL program, the William D. Ford Federal Direct Loan Program, the Federal PLUS program or the Federal Perkins/NDSL loan program, as applicable.

**Charges** Neither an insurance premium nor an origination fee will be collected by Sallie Mae on this consolidation loan.

---— PRIVACY ACT NOTICE ———

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

1. The authority for collecting the requested information from you and about you is found in Section 428C(b) and 429(b)(1) of the Higher Education Act of 1965, as amended. Applicants are advised that the requested information is necessary for participation in Sallie Mae's SMART LOAN program.

2. The principal purposes of this information are as follows: to verify your identity; to determine your program eligibility and benefits; to permit servicing of your loan; and, in the event it is necessary, to locate you and collect on a delinquent or defaulted loan.

3. The routine uses of this information include its disclosure to federal, state or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to guaranty agencies, to educational and financial institutions, to credit bureaus and collection agencies, and to agency contractors, in order to verify your identity, to determine your program eligibility and benefits, to permit servicing or collecting of the loan, to enforce the conditions or terms of the loan, to counsel you in repayment efforts, to investigate possible fraud and to verify compliance with program regulations, or to locate you if you become delinquent or you default.

Section 7(a)(2) of the Privacy Act provides that an agency may not deny to request disclosure of your social security number as a condition to grant you a right, benefit, or privilege provided by law in cases at which the agency required the disclosure under statute or regulation prior to January 1, 1975, in order to verify the identity of an individual.

Section 7(b) of the Privacy Act of 1974 (5 U.S.C. 552a note) requires that when any federal, state or local government agency requests you to disclose your social security number (SSN), you must also be advised whether the disclosure is mandatory or voluntary, by what statutory or other authority your SSN is solicited, and what uses will be made of it. You must provide all of the information requested in order to have your application processed.

---— RIGHT TO FINANCIAL PRIVACY ACT NOTICE ———

Under the Right to Financial Privacy Act of 1978 (12 U.S.C. 3401 et seq.), the U.S. Department of Education will have access to financial records in your student loan file maintained by Sallie Mae in connection with the administration of the SMART LOAN program.

---— EQUAL CREDIT OPPORTUNITY ACT NOTICE ———

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, handicap, or age (provided that the applicant has the capacity to enter into a binding contract) or because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency which administers compliance with this law is the Federal Trade Commission, 6th Street and Pennsylvania Avenue, NW, Washington, DC 20580.

DEF0017