# EXHIBIT "J"

EXHIBIT "J"

| | |
|---|---|
| **From:** | Amorette Rinkleib |
| **To:** | Dickinson, Josh |
| **Cc:** | Tony LaCroix; Joel Wresh; Heiserman, Judith; Holzhueter, Kersten |
| **Subject:** | RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc. |
| **Date:** | Wednesday, October 21, 2020 9:18:00 AM |
| **Attachments:** | image001.png |

Josh,

Friday is fine, but due to the upcoming dispositive motion deadline, we won't be able to extend any more courtesy extensions. Thank you.

Regards,

Amorette Rinkleib, Esq.
Thompson Consumer Law Group, PC
Direct Line: (602) 899-9189
Toll Free: (888) 332-7252 x189
Facsimile: (866) 317-2674
E-mail: arinkleib@thompsonconsumerlaw.com
Website: www.ConsumerLawInfo.com



*Licensed in Washington and the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Colorado, the Eastern District of Michigan, the District of New Mexico, and the District of North Dakota.

**General Disclaimer:**
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Dickinson, Josh <jdickinson@spencerfane.com>
**Sent:** Tuesday, October 20, 2020 10:46 AM

**To:** Joel Wresh <jwresh@thompsonconsumerlaw.com>; Heiserman, Judith <JHeiserman@spencerfane.com>; Holzhueter, Kersten <kholzhueter@spencerfane.com>
**Cc:** Amorette Rinkleib <ARinkleib@thompsonconsumerlaw.com>; Tony LaCroix <TLaCroix@lawcent.com>
**Subject:** RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc.

Counsel:

I note that your letter requested a response today. I have had a personal matter arise that has taken me out of the office parts of the last week. Could I get you a response by Friday?

Thanks,

## Josh Dickinson
PARTNER

**Spencer Fane**
13520 California Street, Suite 290 | Omaha, NE 68154
O 402.547.5519 | spencerfane.com
jdickinson@spencerfane.com

1000 Walnut Suite 1400 | Kansas City, MO 64106
O 816.474.8100