# EXHIBIT "N"

EXHIBIT "N"



DEF0018



DEF0019



DEF0020



DEF0021



DEF0022