**EXHIBIT "O"**

EXHIBIT "O"

| | |
|---|---|
| **From:** | Amorette Rinkleib |
| **To:** | Dickinson, Josh |
| **Cc:** | Tony LaCroix; Joel Wresh; Heiserman, Judith; Holzhueter, Kersten |
| **Subject:** | RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc. |
| **Date:** | Tuesday, November 17, 2020 1:26:00 PM |
| **Attachments:** | image001.png |

Josh,

Thanks for producing these screenshots. However, can you please explain where they came from? Are they from the DoE? Are they screenshots of PBCM's database? In any event, they don't appear to fulfill our request. Specifically, we requested that PBCM produce its account notes (collection notes), including any and all documents detailing the balance owed on the date the debt was first assigned to PBCM for collection (which you've stated was July 1, 2019), July 2, 2019, August 2, 2019, and August 26, 2019 (as well as how the balance was calculated for each such date, itemizing principal, interest, collection costs, and any other charges), and any and all documents evidencing that the DoE added interest and collection costs to the account on August 7, 2019.

We request that you clarify the aforementioned questions and produce the requested documents no later than Friday, November 20, 2020.

Regards,

Amorette Rinkleib, Esq.
Thompson Consumer Law Group, PC
Direct Line: (602) 899-9189
Toll Free: (888) 332-7252 x1988
Facsimile: (866) 317-2674
E-mail: arinkleib@thompsonconsumerlaw.com
Website: www.ConsumerLawInfo.com



*Licensed in Washington and the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Colorado, the Eastern District of Michigan, the District of New Mexico, and the District of North Dakota.

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

---

**From:** Dickinson, Josh <jdickinson@spencerfane.com>
**Sent:** Monday, November 16, 2020 2:37 PM
**To:** Amorette Rinkleib <ARinkleib@thompsonconsumerlaw.com>
**Cc:** Tony LaCroix <TLaCroix@lawcent.com>; Joel Wresh <jwresh@thompsonconsumerlaw.com>; Heiserman, Judith <JHeiserman@spencerfane.com>; Holzhueter, Kersten <kholzhueter@spencerfane.com>
**Subject:** RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc.

Counsel:

1. You asked for a document showing the accrual of interest on August 7, 2019. See attached interest accrual history.
2. You asked for the interest rate on the consolidated loan. PBCM previously produced the loan consolidation promissory note. The new note said Plaintiff would pay "weighted average interest rate per annum of all the loans consolidated." PBCM does not have a record of the weighted average interest rate. Your client could presumably request that from the Department of Education.
3. You asked for date of placement of the debt with Defendant. PBCM received the account on July 1, 2019. We are working on the balance on the that date and will get back to you on that ASAP.

## Josh Dickinson
PARTNER

---

### Spencer Fane
13520 California Street, Suite 290 | Omaha, NE 68154
O 402.547.5519 | spencerfane.com
jdickinson@spencerfane.com

1000 Walnut Suite 1400 | Kansas City, MO 64106
O 816.474.8100

---

**From:** Amorette Rinkleib <ARinkleib@thompsonconsumerlaw.com>
**Sent:** Monday, November 16, 2020 3:20 PM
**To:** Dickinson, Josh <jdickinson@spencerfane.com>