**EXHIBIT "P"**

EXHIBIT "P"

| | |
|---|---|
| **From:** | Amorette Rinkleib |
| **To:** | Dickinson, Josh |
| **Cc:** | Tony LaCroix; Joel Wresh; Heiserman, Judith; Holzhueter, Kersten |
| **Subject:** | RE: Shields, Elizabeth v. Professional Bureau of Collections of Maryland, Inc. |
| **Date:** | Tuesday, November 24, 2020 2:38:00 PM |
| **Attachments:** | image001.png |

Josh,

Since Defendant has failed to adequately supplement its written discovery responses, Plaintiff intends to move to compel the requested information. By EOD tomorrow, please advise of your availability to jump on another quick call next Monday, Tuesday, or Wednesday to ensure we meet our duty to confer. I'm also available tomorrow between 10am-3pm MT.

Regards,

Amorette Rinkleib, Esq.
Thompson Consumer Law Group, PC
Direct Line:  (602) 899-9189
Toll Free: (888) 332-7252 x1988
Facsimile: (866) 317-2674
E-mail: arinkleib@thompsonconsumerlaw.com
Website: www.ConsumerLawInfo.com



*Licensed in Washington and the United States District Courts for the Western District of Washington, the Eastern District of Washington, the District of Colorado, the Eastern District of Michigan, the District of New Mexico, and the District of North Dakota.

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.